UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASLANDE FORTUNAT,<br><br>Petitioner,<br><br>v.<br><br>JEREMY CASEY, Warden,<br><br>Respondent. | Case No.: 3:26-cv-2072-CAB-DDL<br><br>**ORDER DISMISSING PETITION** |

Petitioner Aslande Fortunat has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1.] A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. *See* S.D. Cal. CivLR 3.2; *see also* R. 1(b), 3(a), Rules Governing Section 2254 Cases (2019). The Court cannot proceed until Petitioner has either paid the $5.00 filing fee or has qualified to proceed in forma pauperis. The Court thus **DISMISSES** the Petition and **ORDERS** the Clerk of the Court to close the case. Petitioner may re-open the case by either paying the $5.00 filing fee or filing a motion to proceed in forma pauperis by **May 1, 2026**.

It is **SO ORDERED**.

Dated: April 3, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

1

3:26-cv-2072-CAB-DDL