UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ASLANDE FORTUNAT,

Petitioner,

v.

WARDEN JEREMY CASEY,

Respondent.

Case No.:  3:26-cv-2072-CAB-DDL

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Petitioner Aslande Fortunat, an immigration detainee proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner claims she came to the United States in December 2024 and was released by Immigration and Customs Enforcement ("ICE") on parole the same day as her entry. [*Id.* at 4.] She says that ICE then re-detained her on September 29, 2025. [*Id.*]

Respondent argues that Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b)(2) but also confirms that "Petitioner was previously released from immigration custody on parole issued under 8 U.S.C. § 1182(d)(5)" and that the government has "insufficient information regarding termination of that parole . . . to provide to the Court." [Doc. No. 6 at 2.] Respondent then concludes that given prior decisions by this Court and other courts in the district with materially indistinguishable facts, "the government does not oppose the petition and defers to the Court on the appropriate relief." [*Id.* at 3.]

1

Given Petitioner's prior release on parole and Respondent's non-opposition, the Court **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026). The Court therefore **ORDERS** Respondent to immediately release Petitioner Aslande Fortunat under the same conditions of supervision that existed immediately prior to her re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: May 7, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-2072-CAB-DDL